B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re: **Juan T De La Rosa, Evangelina De La Rosa**, Debtor(s)

Case No. **2:10-bk-23384-lbr**
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| American Express<br>PO Box 0001<br>Los Angeles, CA 90096 | American Express<br>PO Box 0001<br>Los Angeles, CA 90096 | Miscellaneous Credit Card Purchases | Disputed | 3,107.03 |
| American Express<br>PO Box 0001<br>Los Angeles, CA 90096 | American Express<br>PO Box 0001<br>Los Angeles, CA 90096 | Miscellaneous Credit Card Purchases | Disputed | 515.93 |
| Aqua Finance Inc<br>P.O. Box 3256<br>Millwaukee, WI 53201 | Aqua Finance Inc<br>P.O. Box 3256<br>Millwaukee, WI 53201 | Water Softener | Disputed | 3,478.21<br><br>(0.00 secured) |
| Capital One<br>P.O.Box 60599<br>City Of Industry, CA 91716 | Capital One<br>P.O.Box 60599<br>City Of Industry, CA 91716 | Miscellaneous Credit Card Purchases | Disputed | 8,837.63 |
| Citifinancial Retail Services<br>P.O. Box 6933<br>The Lakes, NV 88901 | Citifinancial Retail Services<br>P.O. Box 6933<br>The Lakes, NV 88901 | Miscellaneous Credit Card Purchases | Disputed | 6,791.98 |
| F&A Credit Union<br>P.O. Box 30831<br>Los Angeles, CA 90030 | F&A Credit Union<br>P.O. Box 30831<br>Los Angeles, CA 90030 | 2008 Toyota Camry | Disputed | 16,272.83<br><br>(10,000.00 secured) |
| Fire Insurance Exchange<br>Attn: Proxy Card<br>P.O. Box 0913<br>Carol Stream, IL 60132 | Fire Insurance Exchange<br>Attn: Proxy Card<br>P.O. Box 0913<br>Carol Stream, IL 60132 | Pico Rivera House Fire Insurance | Disputed | 332.99 |
| Home Depot Credit Services<br>P.O. Box 6028<br>The Lakes, NV 88901 | Home Depot Credit Services<br>P.O. Box 6028<br>The Lakes, NV 88901 | Miscellaneous Credit Card Purchases | Disputed | 2,671.83 |
| Home Depot Credit Services<br>P.O. Box 6028<br>The Lakes, NV 88901 | Home Depot Credit Services<br>P.O. Box 6028<br>The Lakes, NV 88901 | Miscellaneous Credit Card Purchases | Disputed | 766.62 |
| JC Penney<br>P.O. Box 960090<br>Orlando, FL 32896 | JC Penney<br>P.O. Box 960090<br>Orlando, FL 32896 | Miscellaneous Credit Card Purchases | Disputed | 930.66 |

B4 (Official Form 4) (12/07) - Cont.

In re  Juan T De La Rosa
       Evangelina De La Rosa
                    Debtor(s)

Case No.  2:10-bk-23384-lbr

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Los Angeles County Tax Collector<br>P.O. Box 54018<br>Los Angeles, CA 90054 | Los Angeles County Tax Collector<br>P.O. Box 54018<br>Los Angeles, CA 90054 | Property Tax Pico Rivera House Property Tax / Due Nov. 1, 2009/ Total yearly due 2,921.15 | Disputed | 1,800.00 |
| Macys<br>P.O. Box 689195<br>Des Moines, IA 50368 | Macys<br>P.O. Box 689195<br>Des Moines, IA 50368 | Miscellaneous Credit Card Purchases | Disputed | 565.11 |
| Progressive Management Systems<br>1521 West Cameron Ave.<br>P.O. Box 2220<br>West Covina, CA 91793 | Progressive Management Systems<br>1521 West Cameron Ave.<br>P.O. Box 2220<br>West Covina, CA 91793 | Medical Bill Presbyterian Hospital | Disputed | 550.43 |
| Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111 | ATT Mobiity, LLC | Disputed | 362.24 |
| Sears Credit Cards<br>P.O. Box 688956<br>Des Moines, IA 50368 | Sears Credit Cards<br>P.O. Box 688956<br>Des Moines, IA 50368 | Miscellaneous Credit Card Purchases | Disputed | 3,501.99 |
| Sun Trust Mortgage<br>P.O. Box 79041<br>Baltimore, MD 21279 | Sun Trust Mortgage<br>P.O. Box 79041<br>Baltimore, MD 21279 | Residence Addl: Single Story Location: 8307 Greenvale Ave. Pico Rivera, CA. 90660 | Disputed | 417,000.00<br><br>(295,000.00 secured) |
| Toyota Financial Services<br>P.O. Box 60114<br>City of Industry, CA 91716 | Toyota Financial Services<br>P.O. Box 60114<br>City of Industry, CA 91716 | 2009 Toyota Corolla | Disputed | 17,866.78<br><br>(10,000.00 secured) |
| US Bank<br>P.O Box 1800<br>St. Paul, MD 55101 | US Bank<br>P.O Box 1800<br>St. Paul, MD 55101 | Bank Overdraft overdraft 3,000. | Disputed | 3,000.00 |
| US Bank Visa<br>P.O. Box 790408<br>St. Louis, MO 63179 | US Bank Visa<br>P.O. Box 790408<br>St. Louis, MO 63179 | Credit Card Visa | Disputed | 2,791.91 |
| Wells Fargo Home Mortgage<br>P.O.Box 14411<br>Des Moines, IA 50306 | Wells Fargo Home Mortgage<br>P.O.Box 14411<br>Des Moines, IA 50306 | Residence: Two story residence Location: 1847 Gentle Dawn Ave. N. Las Vegas, NV. 89084 | Disputed | 401,110.97<br><br>(210,000.00 secured) |

B4 (Official Form 4) (12/07) - Cont.

In re **Juan T De La Rosa**
     **Evangelina De La Rosa**

Case No. **2:10-bk-23384-lbr**

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

We, **Juan T De La Rosa** and **Evangelina De La Rosa**, the debtors in this case, declare under penalty of perjury that we have read the foregoing list and that it is true and correct to the best of our information and belief.

Date **August 10, 2010**     Signature **/s/ Juan T De La Rosa**
                                                                          **Juan T De La Rosa**
                                                                          Debtor

Date **August 10, 2010**     Signature **/s/ Evangelina De La Rosa**
                                                                          **Evangelina De La Rosa**
                                                                          Joint Debtor

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.